UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 10-22011-CIV-HUCK/O'SULLIVAN

ALI CASTRO and EDITH
BIGOTT DE CASTRO,

    Plaintiffs,

v.

MANSIANA OCEAN
RESIDENCES, LLC,

    Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

    THIS MATTER is before the Court on a Report and Recommendation by Magistrate Judge John J. O'Sullivan (D.E. #36), recommending that the Court grant in part and deny in part Plaintiffs' Verified Motion for Attorney's Fees and Costs (D.E. #18). No objections have been filed to the Report within the period required by law.

    The Court has independently reviewed the Report and Recommendation, the pertinent portions of the record, and is otherwise duly advised. The Court adopts the findings of fact and conclusions in the Report and Recommendation. Accordingly, it is

    ORDERED that Judge O'Sullivan's Report and Recommendation (D.E. #36) is ADOPTED, and Plaintiffs' Verified Motion for Attorney's Fees and Costs (D.E. #18) is GRANTED IN PART and DENIED IN PART in accordance with the Report and Recommendation. Plaintiffs are entitled to fees in the amount of $14,045.00 and costs in the amount of $579.50. If Defendant does not pay the aforementioned sums by May 1, 2011, the Court will enter a final judgment of fees and costs upon Plaintiffs' motion for judgment.

    DONE AND ORDERED in Chambers, Miami, Florida, April 5, 2011.

_/s/ Paul C. Huck_
Paul C. Huck
United States District Judge

<u>Copies furnished to:</u>
Counsel of Record
Magistrate Judge John J. O'Sullivan